UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PAJIS STATION LLC; SAEED OIL CO.,<br>a California Corporation,<br><br>    Defendants. | No.  2:18-cv-1668-EFB<br><br>ORDER RE SETTLEMENT & DISPOSITION |

On September 28, 2020, the court was informed that the parties have settled the case in its entirety.  *See* ECF No. 29.

Accordingly, the court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

All hearing dates heretofore set in this matter, including the December 3, 2020 settlement conference, are VACATED.

/////

/////

/////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4      IT IS SO ORDERED.
5  DATED: September 28, 2020.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE